

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COSCIA |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |

**Via: EDNY ECF**　　　　　　　　　　　　　　　　　　　　　　　　November 12, 2025

Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:**　　*Quinteros Reyes v. Lupco Enterprises Inc., et al.*; 25-cv-04509-ARL

Dear Hon. Judge Lindsay,

I represent Plaintiff in this FLSA action. I write pursuant to Your Honor's November 4, 2025, Order, which directed Plaintiff to file a status letter in this matter.

As the Defendants have not appeared in this action, Plaintiff will be filing a Request for Certificate of Default by November 21, 2025.

I thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　Victoria Spagnolo, Esq.

cc: all counsel of record, via ECF.

PHONE: 516.228.5100　　　FAX: 516.228.5106　　　INFO@NHGLAW.COM
WWW.NHGLAW.COM　　　WWW.NEWYORKOVERTIMELAW.COM